**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George D Wolchko, | No. CV-20-02506-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Tru Top Offer LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Class Certification. (Doc. 11.) The Court finds as follows:

1. Plaintiff George D. Wolchko ("Lead Plaintiff") is hereby certified to represent the plaintiff class defined as:

> All persons within the United States who received an unsolicited call or voicemail from Defendants or someone acting on Defendants' behalf or direction using an artificial or prerecorded voice without emergency purpose and without the recipient's prior express written consent within the four years preceding the filing of this Complaint.

2. The Class is so numerous that joinder of all members is impracticable.

3. There are questions of law or fact common to the Class.

4. The claims of Lead Plaintiff are typical of the claims of the members of the Class.

5. Lead Plaintiff will fairly and adequately protect the interests of the members of the Class.

6. The questions of law or fact common to the members of the Class predominate over any questions affecting only individual members of the Class.

7. A class action is superior to the other available methods for a fair and efficient adjudication of this controversy.

8. Jonathan A. Dessaules and Jesse Vassallo Lopez of Dessaules Law Group are qualified to serve as class counsel for the Class representative in this litigation, in their individual and representative capacities, and for the Class as described above.

**IT IS ORDERED** that Plaintiff's Motion for Class Certification (Doc. 11) is **GRANTED.** This case shall proceed as a class action.

**IT IS FURTHER ORDERED** that the class is defined as:

> All persons within the United States who received an unsolicited call or voicemail from Defendants or someone acting on Defendants' behalf or direction using an artificial or prerecorded voice without emergency purpose and without the recipient's prior express written consent within the four years preceding the filing of this Complaint.

**IT IS FURTHER ORDERED** that Plaintiff George D. Wolchko is certified to represent the Class defined above.

**IT IS FURTHER ORDERED** that Jonathan A. Dessaules, Jesse Vassallo Lopez, and the firm of Dessaules Law Group are appointed as class counsel pursuant to Rule 23(g)(1).

**IT IS FURTHER ORDERED** that Plaintiff is granted leave to conduct discovery to identify the members of the class and to determine damages.

Dated this 12th day of February, 2021.

Douglas L. Rayes
United States District Judge