Jonathan A. Dessaules, State Bar No. 019439
Jesse Vassallo López, State Bar No. 033961
**DESSAULES LAW GROUP**
5343 North 16th Street, Suite 200
Phoenix, Arizona 85016
Tel. 602.274.5400
Fax 602.274.5401
jdessaules@dessauleslaw.com
jvassallo@dessauleslaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| George D. Wolchko, individually and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>Tru Top Offer, LLC, an Arizona limited liability company; and Corey Geary, an individual,<br><br>    Defendants. | No. CV-20-02506-PHX-DLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A), Plaintiff hereby voluntarily dismisses, without prejudice, his claims against Defendants Tru Top Offer, LLC and Corey Geary, no responsive pleading being filed on its behalf.

  DATED this 6th day of April 2021.

            DESSAULES LAW GROUP


            By: /s/ Jesse Vassallo López
               Jonathan A. Dessaules
               Jesse Vassallo López
               *Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2021 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Brittany Burback
SUBLIME LAW, PLLC
2 North Central, Suite 1800
Phoenix, Arizona 85004
brittany@sublimelawfirm.com
*Attorney for Defendant*

  /s/ Hilary L. Narveson